KARIN J. IMMERGUT, OSB #96314
United States Attorney
District of Oregon
**GREGORY R. NYHUS**, OSB#91384
Assistant U.S. Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1032
greg.r.nyhus@usdoj.gov
    Of Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR 06- ~~06-311-MO~~ 06-CR-113-MO |
| ) | |
| v. ) | **INFORMATION** |
| ) | |
| ROBERT MATTHEW JONES, ) | 18 U.S.C. § 2422(b) |
| ) | |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES:

<u>Count 1</u>
(Coercion and Enticement of a Minor)

Between, on or about August 1, 2004, and January 15, 2005, in the District of Oregon, **ROBERT MATTHEW JONES**, defendant herein, did knowingly use or attempt to use a means of interstate commerce, the Internet, to persuade, induce or entice an individual who has not attained the age of 18 years and is identified by the initials AR, to engage in sexual activity for

///

///

which said defendant can be charged with a criminal offense, all in violation of Title 18, United States Code, Section 2422(b)

Dated this 15 day of March 2006.

        KARIN J. IMMERGUT
        United States Attorney

        GREGORY R. NYHUS
        Assistant United States Attorney

PAGE 2 - INFORMATION - ROBERT MATTHEW JONES