PROB 12B
(Rev. 09/03)

UNITED STATES DISTRICT COURT

for

DISTRICT OF OREGON

PETITION AND ORDER
FOR MODIFICATION OF
CONDITIONS OF
SUPERVISED RELEASE

FILED 25 APR '12 13:33 USDC-ORP

U.S.A. vs. ROBERT MATTHEW JONES      Docket No.    3:06CR00113-001-MO

## Petition on Probation and Supervised Release

COMES NOW JOHN SIEBENALER, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Robert Matthew Jones, who was convicted of Coercion and Enticement of a Minor and placed on supervision by The Honorable Michael W. Mosman sitting in the court at Portland, Oregon, on the 27th day of June 2006. Defendant was sentenced to 60 months custody of the Bureau of Prisons, to be followed by a 3-year term* of supervised release, and the general terms and conditions theretofore adopted by the court were imposed.

*Term of supervised release commenced on November 10, 2010.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Defendant was previously authorized to use a personal computer under the condition the computer was monitored by the probation office. Computer monitoring software revealed defendant used the internet to access pornography, in violation of the computer use agreement. Defendant admitted he attempted to use measures to counter the monitoring software to view images of adult pornography, and admitted to an addiction to pornography. Defendant feels the pornography addiction contributed to the instant offense and to violating the computer use agreement. The Court did not order sex offender treatment as a condition of supervised release. A review of the sentencing transcripts appears to indicate the Court declined to adopt the penile plethysmograph portion of the special sex offender condition; however, the judgment order omits the entire special condition for sex offender treatment. Defendant is enrolled in sex offender treatment, as a condition of state post-prison supervision.

As a result of the recent conduct, defendant was presented with a modification to add sex offender specific treatment as a special condition of supervised release, as well as a restriction on possessing pornography. Defendant is in agreement with the modifications as indicated by his signature on the attached waiver of hearing document. Should the Court concur, the attached Petition has been prepared for your signature.

PRAYING THAT THE COURT WILL ORDER upon consideration of factors set forth in 18 USC § 3553(a), that defendant's conditions of supervised release be modified to include the following special conditions: 1) The defendant shall not view, purchase, or possess any materials, including visual depictions of nudity and sexually explicit conduct, as defined at 18 USC § 2256(2) and (5); and 2) The defendant shall participate in a sex offender assessment and treatment program, as directed by the probation officer. The defendant shall abide by all rules and requirements of such program. This assessment and treatment program may include the use of the polygraph to assist in case planning and case monitoring.

Respectfully,

John Siebenaler
Senior U.S. Probation Officer

Place: Portland, Oregon

Date: April 24, 2012

ORDER OF THE COURT

Considered and ordered this 25th day of April, 2012, and ordered filed and made a part of the records in the above case.

The Honorable Michael W. Mosman
U.S. District Judge

36580            Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON—PROBATION OFFICE

## WAIVER OF HEARING TO MODIFY CONDITIONS OF PROBATION/SUPERVISED RELEASE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release.

**The defendant shall participate in a sex offender assessment and treatment program, as directed by the probation officer. The defendant shall abide by all rules and requirements of such program. This assessment and treatment program may include the use of the polygraph to assist in case planning and case monitoring.**

**The defendant shall not view, purchase, or possess any materials, including visual depictions of nudity and sexually explicit conduct, as defined at 18 USC § 2256(2) and (5).**

Witness: _____
U.S. Probation Officer

Signed: _____
Robert Matthew Jones
Supervised Releasee

Date: 4-12-12